## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| CHARLES MEEKS,<br><br>      Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>      Defendants. | Civil Action No._____<br><br><br>(Removed from County Court<br>Fifteenth Judicial Circuit in and for<br>Palm Beach County, Florida; Case<br>No. 2016-SC-005211-XXXX-MB) |

## NOTICE OF REMOVAL

COMES NOW Defendant OCWEN LOAN SERVICING, LLC ("Ocwen"), by and through the undersigned counsel, appearing specially without waiving any defenses that it might assert in a timely motion or responsive pleading, and pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and other applicable law, respectfully shows this Court as follows:

## PROCEDURAL HISTORY

1.      On May 4, 2016, Plaintiff Charles Meeks ("Plaintiff") brought suit against Ocwen in the County Court Fifteenth Judicial Circuit in and for Palm Beach County, Florida, said action being designated as Uniform Case No. 52-2016-SC-005211-XXXX-MB ("State Court Action"). Plaintiff served a Summons and a copy of his Complaint on or about May 31, 2016. Plaintiff served an

Amended Complaint on or about June 7, 2016. True and correct copies of all the process, pleadings, and orders in the County Court Action that have been delivered to Ocwen are attached hereto as Exhibit "A."

2. Ocwen files this Notice of Removal within thirty (30) days after receiving notice of the State Court Action. The court in which the State Court Action was commenced is within this judicial district.

3. In the State Court Action, Plaintiff alleges that Ocwen violated the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601, *et seq.* ("RESPA").

## BASIS FOR REMOVAL JURISDICTION

4. This case is removable by reason of federal question jurisdiction, because it arises under the Constitution, laws, or treaties of the United States of America. Specifically, Plaintiff's claim arises under and are based on RESPA, 29 12 U.S.C. §§ 2601, *et seq.* Therefore, this Court has federal question jurisdiction to hear this matter pursuant to 28 U.S.C. § 1331.

## NOTICE TO STATE COURT

5. A copy of this Notice of Removal is being filed with the Clerk of the Fifteenth Judicial District in and for Palm Beach County, Florida as an exhibit to the Notice of Ocwen's Filing of Notice to Adverse Parties and State Court of Removal of a Civil Action to Federal Court being filed in that court. A copy of the

Notice of Removal being filed in state court is attached hereto (without exhibits) as Exhibit "B."

## **<u>INTRADISTRICT ASSIGNMENT</u>**

6.     The West Palm Beach division of the Southern District of Florida has jurisdiction over this Action, because this action is being removed from the County Court for the Fifteenth Judicial Circuit in and for Palm Beach County.

WHEREFORE, Ocwen hereby gives notice that the above action now pending in the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida is removed in its entirety to this Court.

Respectfully submitted this 16th day of June, 2016.

 /s/ Zina Gabsi
Zina Gabsi, Esq.
Florida Bar. No. 73789
BRYAN CAVE LLP
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7386
Email: gabsiz@bryancave.com
*Counsel for Defendant Ocwen Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CHARLES MEEKS,

      Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

      Defendants.

Civil Action No._____

(Removed from County Court
Fifteenth Judicial Circuit in and for
Palm Beach County, Florida; Case
No. 2016-SC-005211-XXXX-MB)

## <u>CERTIFICATE OF SERVICE</u>

      This is to certify that the foregoing **NOTICE OF REMOVAL** has been filed via the Courts CM/ECF system, and served by electronic mail on the following counsel of record:

        Brian Korte, Esq.
        KORTE & WORTMAN, P.A.
        2041 Vista Parkway
        West Palm Beach, Florida 33411
        Email: service@kwlawfirm.com

This 16th day of June, 2016.

         /s/ Zina Gabsi
        Zina Gabsi, Esq.
        Florida Bar. No. 73789
        BRYAN CAVE LLP
        200 South Biscayne Blvd., Ste 400
        Miami, FL 33131

Tel: (786) 322-7386
Email: gabsiz@bryancave.com
*Counsel for Defendant Ocwen Loan*
*Servicing, LLC*